**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: PROCTER & GAMBLE COMPANY "PROTECT, GROW, AND RESTORE" MARKETING AND SALES PRACTICES LITIGATION | Case No. 2:25-md-03157-DRC-KAJ<br><br>Judge Douglas R. Cole<br><br>Magistrate Judge Kimberly A. Jolson |

**JOINT CASE MANAGEMENT CONFERENCE STATUS REPORT**

Plaintiffs Melissa Lowry, Lisa Kopecki, Michael Dunn, Adam Alzaidi, Dwight Chornomud, Melissa Ceuvas, Patricia Dean, Carole Grant, LaTronya Williams, Catherine DuPont, Pamela Giarrizzo, Cynthia Meuse, Teretta Willis, Sharon Beck, and Breanne Maggio ("Plaintiffs"), by and through their counsel, and The Procter & Gamble Company ("P&G" or "Defendant"), by and through its counsel, have met and conferred and identify below the matters they wish to discuss at the upcoming September 25, 2025, telephone status conference taking place at 1:15 pm before Judge Douglas R. Cole and Magistrate Judge Kimberly A. Jolson.

### A. Defendant Rainforest Alliance

Plaintiffs intend to voluntarily dismiss, without prejudice, their claims against Rainforest Alliance.

### B. Filing Date of the Consolidated Class Action Complaint

Plaintiffs stand ready to file their Consolidated Class Action Complaint at any time. Plaintiffs propose filing the Consolidated Class Action Complaint on Tuesday, September 30, 2025, or on any other date that the Court views as more appropriate or practicable.

### C. Briefing Schedule for a Motion to Dismiss

Presuming the Court adopts Plaintiffs' proposal to file the Consolidated Class Action Complaint on September 30, 2025, and in the event Defendant files a motion to dismiss, the parties have agreed to a briefing schedule on that motion as follows:

> Motion due: October 30, 2025
>
> Opposition due: December 12, 2025
>
> Reply due: January 26, 2026

### D. Plaintiffs' Counsel Leadership Structure Proposals / Interim Class Counsel

Plaintiffs have jointly agreed to nominate Hagens Berman Sobol Shapiro LLP as Lead Counsel / Interim Class Counsel, along with Terence R. Coates of Markovits Stock DeMarco, LLC

as Liaison Counsel pursuant to Rule 23(g).  Plaintiffs propose that any applications that may be requested by the Court be due on Friday, October 10, 2025, and any responses due on Friday, October 17, 2025.

### E. Scope of Discovery During a Motion to Dismiss Pendency

To balance Plaintiffs' desire to ensure that the parties can promptly execute on an operative discovery plan soon after the Court renders an opinion on Defendant's anticipated Rule 12 motion with Defendant's desire to avoid potentially unnecessary and wasteful burden and expense, the parties propose that the scope of discovery be limited to the following activities during the pendency of the motion to dismiss or until June 5, 2026 (whichever is earlier):

- Plaintiffs request documents sufficient in P&G's good faith determination to identify P&G teams and key employees likely to have relevant information to the claims at issue: October 30, 2025;

- Defendants produce documents responsive and/or otherwise respond in good faith to Plaintiffs' request: February 6, 2026;

- Requests for Production ("RFPs") Exchanged: February 13, 2026;

- Plaintiffs provide a list of proposed custodians: February 27, 2026

- Written Objections and Responses to RFPs due and Defendant responds to Plaintiffs' list of proposed custodians: March 20, 2026;

- Parties negotiate appropriate Electronically Stored Information ("ESI") and Protective Proposed Orders: March/April 2026;

- Parties meet and confer regarding objections to RFPs: April/May 2026;

- Proposed ESI Order and Proposed Protective Order to be filed with the Court: May 15, 2026;

- Parties meet and confer regarding next steps for discovery: no later than June 5, 2026 (approximately 130 days after briefing on an MTD motion has closed) For the avoidance of doubt, nothing in this proposed compromise is intended to waive any parties' positions with respect to the appropriate scope of discovery after June 2026, including Defendant's right to argue that further discovery should be stayed or Plaintiffs' right to oppose a discovery stay.

**F.      Settlement Demand and Settlement Discussions**

The parties have reviewed section I.B.5 of this Court's Standing Order on Civil Procedures and submit that in light of the complexity of this multidistrict class action it is premature to undertake settlement discussions. As such, the parties jointly request to be excused from the requirements listed in section I.B.5 at this time.

Dated this 23rd day of September, 2025

By: s/ Terence R. Coates
    Terence R. Coates, Esq.
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 6651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

By:   s/ Steve W. Berman
    Steve W. Berman
Catherine Y.N. Gannon
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292

Respectfully submitted,

By:   s/ David J. Lender
    David J. Lender
Aaron J. Curtis
Elaina K. Aquila
**WEIL GOTSHAL & MANGES**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8901
aaron.curtis@weil.com
david.lender@weil.com
elaina.aquila@weil.com

David R. Singh
**WEIL GOTSHAL & MANGES**
201 Redwood Shores Pkwy # 400
Redwood City, CA 94065
david.singh@weil.com

-3-

<div style="display: flex;">
<div>

steve@hbsslaw.com
catherineg@hbsslaw.com

By:    s/ Rebecca A. Peterson
      Rebecca A Peterson
Catherine A. Peterson
Krista Freier
**GEORGE FELDMAN MCDONALD PLLC**
1650 W 82nd Street, Suite 880
Bloomington, MN 55431
Tel: (612) 778-9595
Fax: (888) 421-4173
rpeterson@4-justice.com
cpeterson@4-justice.com
kfreier@4-justice.com

By:    s/ Kim E. Richman
      Kim E. Richman
Jennifer K. Church
**RICHMAN LAW & POLICY**
1 Bridge Street, Suite 83
Irvington, NY 10533
Tel: (212) 687-8291
krichman@richmanlawpolicy.com
jchurch@richmanlawpolicy.com

</div>
<div>

By:    s/ Elizabeth P. Kessler
      Elizabeth P. Kessler
**JONES DAY**
325 John H. McConnell Blvd, Suite 600
Columbus, OH 43215
Tel: (614) 281-3852
ekessler@jonesday.com

</div>
</div>

## CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2025, a copy of the foregoing was served via electronic filing in the ECF system, which will send notice of filing to all counsel of record.

                                    */s/ Steve W. Berman*
                                    Steve W. Berman